# EXHIBIT A

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CRISTINA REGALADO, as next friend of OPHELIA REGALADO,

CASE NO.:

Plaintiff,

V.

TARGET CORPORATION and COCA-COLA BEVERAGES FLORIDA LLC

Defendant.

_______________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, CRISTINA REGALADO as next friend of OPHELIA REGALADO, hereby sues the Defendants, TARGET CORPORATION and COCA-COLA BEVERAGES FLORIDA LLC, Florida based corporations, and alleges the following:

**ALLEGATIONS COMMON TO ALL COUNTS**

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,001.00), exclusive of costs, interest, and attorneys' fees as to each identified defendant.

2. At all times material hereto, Plaintiff, OPHELIA REGALADO, was and is a resident of Broward County, Florida, and, is otherwise *sui juris*.

3. At all times material hereto, Defendant, TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, was and is a duly organized retail corporation existing under and by virtue of the laws of the State of Florida.

4. At all times material hereto, Defendant, COCA-COLA BEVERAGES FLORIDA LLC, was and is a duly organized limited liability partnership existing under and by virtue of the laws of the State of Florida.

5. At all times material hereto, Defendant, TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, was and is presently authorized to do and is conducting business in the State of Florida; and, as such, maintains a place of business with offices in Miami, Florida.

6. At all times material hereto, Defendant, COCA-COLA BEVERAGES FLORIDA LLC, was and is presently authorized to do and is conducting business in the State of Florida; and, as such, maintains a place of business with offices in Tampa, Florida.

7. At all times material, the Defendant, TARGET CORPORATION, is an entity that owned, managed, operated, controlled, possessed, and/or maintained the premises known as TARGET Store #1163, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306. (hereinafter referred to as "subject premises"); and, as such, had a duty to keep such premises in a reasonably safe condition.

8. At all times material, the Defendant, COCA-COLA BEVERAGES FLORIDA LLC, is an entity that owned, managed, operated, controlled, possessed, and/or maintained the refrigerator (hereinafter referred to as "subject property") at premises, known as Target, Store #1163, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306; and, as such, had a duty to keep such refrigerator premises in a reasonably safe condition.

9. At all times material, the Defendant, TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, by and through its agents, employees, and/or

servants, had exclusive dominion, possession, and control of their employees who were in possession and control of the subject Premises.

10. At all times material, the Defendant, COCA-COLA BEVERAGES FLORIDA LLC, by and through its agents, employees, and/or servants, had exclusive dominion, possession, and control on the refrigerator which was in possession and control at Target, Store #1163, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306.

11. At all times material, the employees of Defendant, TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, were responsible for the cleaning, supervising, maintaining, repairing, and/or safety of the subject Premises.

12. At all times material, the employees of Defendant, COCA-COLA BEVERAGES FLORIDA LLC, were responsible for the supervising, maintaining, repairing, improvement, and/or safety of the refrigerators.

13. Venue is proper in this Court as the accident subject to this lawsuit occurred in Broward County, Florida.

## FACTUAL ALLEGATIONS

Paragraphs 1 through 13 of the Complaint are re-incorporated as if they were fully set forth herein.

14. On or about June 12, 2022, Plaintiff, OPHELIA REGALADO, was lawfully on the property known as Target, Store #1163, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306.

15. At all times material hereto, Plaintiff, OPHELIA REGALADO, was a lawful business invitee and/or visitor on the subject Premises owned, managed, and/or controlled by

Defendant, TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306.

16. At all times material hereto, Plaintiff, OPHELIA REGALADO, was a lawful business invitee and/or visitor near the subject property i.e. the refrigerator, owned, managed, and/or controlled by Defendant, COCA-COLA BEVERAGES FLORIDA LLC.

17. At said time and place, Plaintiff, OPHELIA REGALADO, was walking near Defendants' subject property i.e. refrigerator and slipped and fell on water accumulated on the floor due to a leaking refrigeration system from the nearby beverage refrigerators. The leak and puddle was due to negligent maintenance of the refrigerator, which resulted in injuries and damage.

18. Plaintiff has satisfied all conditions precedent to bringing this action.

**COUNT I**
**NEGLIGENCE – DEFENDANT, TARGET CORPORATION**

Paragraphs 1 through 18 of the Complaint are re-incorporated as if they were fully set forth herein.

19. At all times material, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, was and is an entity in possession and/or control of subject Premises and, as such, had a duty of reasonable care towards Plaintiff.

20. At all times material, Plaintiff OPHELIA REGALADO fell due to the negligent maintenance, cleanliness, and/or upkeep of Defendant's subject Premises.

21. At all times material, the Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306 owed a duty of reasonable care to all invitees, including the Plaintiff, to maintain the subject Premises in a safe manner, with proper

warnings for prevailing dangerous conditions/situations, to repair/remove and/or rectify all hazardous conditions and/or to provide proper safeguards against them.

22. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, through its agents, employees, representatives, or others whom it exercised control, owed a non-delegable duty to its patrons, invitees, guests, and all those lawfully on the subject Premises, including Plaintiff, to safely operate, manage and maintain the subject Premises.

23. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, by and through its employees, agents, and servants negligently maintained the area by allowing a hazardous condition in the subject Premises traversed by guests and business invitees and thereby Plaintiff, OPHELIA REGALADO, sustained severe and permanent physical injuries as well as other damages.

24. The negligent and dangerous condition was known and/or created by Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, and/or had existed for a sufficient length of time so that Defendant, its employees, agents, and servants should have known of the same.

25. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, possessed actual and/or constructive knowledge of the prevailing dangerous and negligent condition.

26. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, should have taken action to maintain the areas in a reasonably safe condition but failed to do so.

27. The Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306 breached the duty of reasonable care owed to Plaintiff.

28. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, by and through its agents, servants, employees and/or independent contractors, breached its non-delegable duty of care to provide its patrons and invitees, including Plaintiff, with reasonably safe premises and therefore acted in a careless and negligent manner.

29. At all material times, Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, by and through its employees, agents, and servants negligently maintained the area by allowing a hazardous condition in the subject Premises to exist for such a period of time that they knew or should have known that it existed and as such were on notice of same.

30. Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, failed to properly and adequately warn Plaintiff of a prevailing dangerous and/or hazardous condition on the premises that Defendant knew or should have known to exist.

31. Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, failed to adopt and enforce reasonable protocols, policies, and procedures for inspecting, cleaning, maintaining, safeguarding, labeling and clearing safe passage in or around the subject area of the plaintiff's fall.

32. As a direct and proximate result of the Defendant TARGET, #1163 - A Store, located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306' negligence, the Plaintiff OPHELIA REGALADO, has suffered bodily injury, pain and suffering, disability,

disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care, and treatment in the past and future, loss of earnings, loss of ability to earn money and/or aggravation of a previously existing condition. These losses and damages are either permanent and/or continuing, and Plaintiff will suffer such losses in the future.

**COUNT II**

**NEGLIGENCE - DEFENDANT COCA COLA BEVERAGES FLORIDA LLC**

Paragraphs 1 through 18 of the Complaint are re-incorporated as if they were fully set forth herein.

33. At all times material, Defendant COCA-COLA BEVERAGES FLORIDA LLC, was and is an entity in possession and/or control of subject property i.e refrigerator, and, as such, had a duty of reasonable care towards Plaintiff.

34. At all times material, Plaintiff OPHELIA REGALADO fell due to the negligent maintenance, repair, and/or upkeep of Defendant's subject property i.e. the refrigerator.

35. At all times material, the Defendant COCA-COLA BEVERAGES FLORIDA LLC owed a duty of reasonable care to all invitees, including the Plaintiff, to maintain and repair the subject property i.e. the refrigerator in a safe manner, with proper warnings for prevailing dangerous conditions/situations, to repair/remove and/or rectify all hazardous conditions and/or to provide proper safeguards against them.

36. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, through its agents, employees, representatives, or others whom it exercised control, owed a non-delegable duty to its patrons, invitees, guests, and to all those lawfully walking near the

subject property i.e. the refrigerator, including Plaintiff, to safely operate, manage and maintain the subject property.

37. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, by and through its employees, agents, and servants negligently maintained the refrigerator, its subject property, by allowing a hazardous condition i.e. leakage of water from the subject property and thereby Plaintiff, OPHELIA REGALADO, sustained severe and permanent physical injuries as well as other damages.

38. The negligent and dangerous condition was known and/or created by Defendant COCA-COLA BEVERAGES FLORIDA LLC, and/or had existed for a sufficient length of time so that Defendant, its employees, agents, and servants should have known of the same.

39. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, possessed actual and/or constructive knowledge of the prevailing dangerous and negligent condition.

40. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, should have taken action to maintain the areas in a reasonably safe condition but failed to do so.

41. The Defendant COCA-COLA BEVERAGES FLORIDA LLC breached the duty of reasonable care owed to Plaintiff.

42. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, by and through its agents, servants, employees and/or independent contractors, breached its non-delegable duty of care to provide its patrons and invitees, including Plaintiff, with reasonably safe subject property and therefore acted in a careless and negligent manner.

43. At all material times, Defendant COCA-COLA BEVERAGES FLORIDA LLC, by and through its employees, agents, and servants negligently maintained the subject property by allowing a hazardous condition in the subject property to exist for such a period of time that they knew or should have known that it existed and as such were on notice of same.

44. Defendant COCA-COLA BEVERAGES FLORIDA LLC, failed to properly and adequately warn Plaintiff of a prevailing dangerous and/or hazardous condition on the premises that Defendant knew or should have known to exist.

45. Defendant COCA-COLA BEVERAGES FLORIDA LLC, failed to adopt and enforce reasonable protocols, policies, and procedures for inspecting, cleaning, maintaining, safeguarding, labeling and clearing safe passage in or around the subject area of the plaintiff's fall.

46. As a direct and proximate result of the Defendant COCA-COLA BEVERAGES FLORIDA LLC' negligence, the Plaintiff OPHELIA REGALADO, has suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care, and treatment in the past and future, loss of earnings, loss of ability to earn money and/or aggravation of a previously existing condition. These losses and damages are either permanent and/or continuing, and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, OPHELIA REGALADO, demands judgment against the Defendants, TARGET CORPORATIONS and COCA-COLA BEVERAGES FLORIDA LLC, for monetary and compensatory damages in excess of $50,001.00, the costs and expenses of this litigation, and any other such relief to which the Plaintiff may be entitled.

**DEMAND FOR JURY TRIAL**

Plaintiff further demands a trial by jury.

DATED this 7th day of February, 2024.

Respectfully submitted,

/s/: ROBERT A. ROSENBLATT, ESQ.
Fla.Bar No. 153239
3801 PGA Boulevard, Suite 600
Palm Beach Gardens, FL 33401
Telephone: 866-529-1114
Facsimile: 866-529-4040
E-mail:ckranz@injurylegalfirm.com;
rosenblattlaw@hotmail.com